**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXIS B. BALBUCA GONZALEZ** | : | |
| | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-1887** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW, THIS** 31st **DAY OF JULY 2026**, upon consideration of Petitioner Alexis B. Balbuca Gonzalez's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Docs. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED IN PART**.

2. Respondents **SHALL PROVIDE** Petitioner Alexis B. Balbuca Gonzalez with an individualized bond hearing before an Immigration Judge **within seven (7) days of the date of this Order**.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Monday August**

**10, 2026, at 5:00 P.M.,** confirming that Petitioner has been provided with an individualized bond hearing and shall notify the Court of the results of that hearing.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge